# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2008

136801

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOROTHY M. HARVEY,
      Plaintiff-Appellee,

v

GENERAL MOTORS CORPORATION,
      Defendant-Appellant.

SC: 136801
COA: 281827
WCAC: 04-000343

_____/

On order of the Court, the application for leave to appeal the May 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. However, we would note that the Workers' Compensation Appellate Commission erred in stating that an employee does not need to demonstrate a connection between wage loss and the work-related injury. An employee is indeed required to demonstrate such a connection. See MCL 418.301(4); *Sington v Chrysler Corp,* 467 Mich 144, 160-161 (2002).

CAVANAGH AND KELLY, JJ., would deny leave to appeal without the further statement found in the majority's order.



t1029

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2008

_____
Clerk